UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ABEL S. BELTRAN, on behalf of himself
and those similarly situated,

    Plaintiff,

v.

GUYA ENTERPRISES, INC., d/b/a The
Perfume Shop, a Florida profit corporation
and SHAY BENNAIM, Individually

    Defendants.
_____/

CIVIL ACTION
FILE NO.:  6:15-cv-1018-Orl-22TBS

## JOINT REPORT REGARDING SETTLEMENT

The parties, by and through their undersigned counsel and pursuant to this Court's Scheduling Order, hereby jointly file their Report Regarding Settlement in this matter. The parties have advised the Court that they:

| | |
|---|---|
| __X__ | Reached a (tentative) settlement, subject to finalizing non-monetary terms. |
| ____ | have not settled the case but wish to continue settlement discussions for additional two (2) weeks. |
| ____ | wish to engage in a formal mediation conference. |
| ____ | request a settlement conference before the United States Magistrate Judge. |
| ____ | have exhausted all settlement efforts and have attached the Case Management Report. |

Respectfully submitted this 16th day of November, 2015.

| | |
|---|---|
| **/s/ ANDREW R. FRISCH** | **/s/ DAVID SPALTER** |
| Andrew R. Frisch, Esq. | David Spalter, Esquire |
| Florida Bar No.: 027777 | Florida Bar No.: 966347 |
| Morgan & Morgan, P.A. | Jill S. Schwartz & Associates, P.A. |
| 600 N. Pine Island Road, Suite 400 | 655 W. Morse Boulevard, Suite 212 |
| Plantation, FL 33324 | Winter Park, Florida 32789-3745 |
| Telephone: (954) 318-0268 | Telephone: (407) 647-8911 |
| Facsimile: (954) 327-3013 | Facsimile: (407) 628-4994 |
| Email: afrisch@forthepeople.com | E-mail: dspalter@schwartzlawfirm.net |
| | |
| *Attorney for Plaintiffs* | *Attorney for Defendants* |