**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**ABEL S. BELTRAN,**

      **Plaintiff,**

**v.**                                                          **Case No:   6:15-cv-1018-Orl-22TBS**

**GUYA ENTERPRISES, INC. and SHAY BENNAIM,**

      **Defendants.**

---

**ORDER**

This cause comes before the Court on the Joint Report Regarding Settlement (Doc. No. 21) filed November 16, 2015.

Based on the foregoing, it is ordered as follows:

1. No later than December 28, 2015 the parties shall either file a Joint Stipulation of Dismissal, or a Motion to Approve Settlement with supporting documentation, or a Case Management Report.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 16, 2015.

*[Signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties